**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Navajo Nation, | No. CV-17-08007-PHX-DLR |
| Plaintiff, | (Related Case No. CV-17-00140-PHX-DLR) |
| v. | |
| Cyprus Amax Minerals Company; and Western Nuclear, Inc., | **ORDER** |
| Defendants. | |

The Navajo Nation commenced this action by filing a complaint against Defendants Cyprus Amax Minerals Company and Western Nuclear, Inc. on January 17, 2017. (Doc. 1.) The same day, the United States filed a similar suit against Defendants, Case No. CV-17-00140-PHX. The two cases arise from Defendants' mining activities on Navajo Nation land and recovery of environmental response costs and injunctive relief under CERCLA. The parties have agreed to a proposed consent decree which, if approved, would resolve the claims in both cases. (*See* Doc. 4.)

Before the Court is the Navajo Nation's unopposed motion to enter the proposed consent decree (Doc. 23), which was lodged by the United States in the related case (Doc. 18-6, No. CV-17-00140-PHX). Having reviewed the consent decree, the Court finds it to be fair, reasonable, and consistent with the objectives of CERCLA. The Court therefore grants the Navajo Nation's unopposed motion to enter the consent decree.

| | |
|---|---|
| 1 | **IT IS ORDERED** that the Navajo Nation's unopposed motion to enter the |
| 2 | proposed consent decree (Doc. 23) is **GRANTED**. The consent decree will be entered as |
| 3 | a separate document. |
| 4 | Dated this 19th day of May, 2017. |

_____
Douglas L. Rayes
United States District Judge